JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTO,<br><br>        Petitioner,<br>  vs.<br>DOMINGO URIBE, JR.,<br><br>        Respondent. | Case No. SA CV 11-00272 AHM (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: January 19, 2012

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**